Rel: June 13, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0483

Derrick James Williamson, Jr. v. Lynn Beshear, Kimberly Bowell, Jeremy Lain Booth, Annie Delois Jackson, Tammie Ross McCurry, Alethea Pittman, Montoya Madden, Kimberly McAlpine, Nicole Walden, Yolanda Clay, and Jacqueline Graham (Appeal from Tuscaloosa Circuit Court: CV-20-900463).

MENDHEIM, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(E), Ala. R. App. P.

Stewart, C.J., and Shaw, Bryan, and McCool, JJ., concur.